JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>        Plaintiff,<br><br>vs.<br><br>MUNTHER DORGALLI D/B/A LIPPYS COUNTRY MART; AZAR HABIB ISSA D/B/A LIPPYS COUNTRY MART; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 5:23-cv-02189-RGK (SPx)**<br><br>**Judgment Re: Default Judgment**<br><br>Date: April 1, 2024<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Honorable Judge R. Gary Klausner |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff DENNIS COOPER shall have JUDGMENT in his favor in the amount of $3,222.00 as fees-and-costs award against Defendants MUNTHER DORGALLI D/B/A LIPPYS COUNTRY MART and AZAR HABIB ISSA D/B/A LIPPYS COUNTRY MART.

Additionally, Defendants MUNTHER DORGALLI D/B/A LIPPYS COUNTRY MART and AZAR HABIB ISSA D/B/A LIPPYS COUNTRY MART are ordered to provide an accessible parking space at the property located at or about 1217 E. Big Bear Blvd., Big Bear, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: April 11, 2024

*Gary Klausner*
R. Gary Klausner
United States District Judge